October 9, 1975.

Boccell, Appellant, *v.* Pallanta.

opinion by GREENBERG, J. Submitted June 13, 1975. *Paul A. Lockrey,* for appellant; *Benjamin A. Katz,* for appellee.

Order affirmed.

Commonwealth *v.* Arboleaz, Appellant.

Submitted December 6, 1974. *Gerald Jay Pomerantz,* for appellant; *Flora E. Roomberg, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.